| | |
|---|---|
| SMS FINANCIAL 30, LLC<br>6829 North 12th Street<br>Phoenix, Arizona 85014<br><br>Plaintiff,<br>vs.<br><br>ZDENKO ZOVKIC<br>4240 Giles Road<br>Chagrin Falls, Ohio 44022-1391<br><br>Defendant. | CASE NUMBER: 1:13-CV-001146<br><br>JUDGE DAN AARON POLSTER<br><br>STIPULATED JUDGMENT |

**FILED**

8:41 am Jul 17 2024

Clerk U.S. District Court
Northern District of Ohio
Cleveland

Upon agreement and consent of the parties, Plaintiff SMS Financial 30, LLC is awarded judgment against Defendant Zdenko Zovkic, in the total amount of $1,164,673.14, which is comprised of principal of $1,154,316.36, plus interest accruing at the rate of 1% per annum in the amount of $10,356.78 (the "Total Balance"), as of July 27, 2021. Interest, late fees and other fees and costs shall accrue in accordance with the Forbearance Agreement entered into by Plaintiff and Defendant.

IT IS SO ORDERED.

Judge  Dan Aaron Polster

Agreed to by and between the Parties:

SMS Financial 30, LLC

Zdenko Zovkic

Roger M. Synenberg

/S/ David M. Cuppage

David M. Cuppage (0047104)

Adam L. Glassman (0098730)

McCarthy Lebit Crystal & Liffman Co, LPA

101 W. Prospect Ave., Suite 1800

Cleveland, OH 44115

(216) 696-1422 – Telephone
(216) 696-1422 – Facsimile
dmc@mccarthylebit.com
ag@mccarthylebit.com

Synenberg & Associates, LLC

55 Public Square, Suite 1331

Cleveland, Ohio 44113

rsynenberg@aol.com

Counsel for Defendant

{01611492-1}5

PLAINTIFF'S
EXHIBIT

**D**